■ In the Matter of PAUL HANSON, Petitioner, v A. LABRIOLA, Deputy Superintendent for Security, Orleans Correctional Facility, Respondent. [873 NYS2d 230]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Orleans County [James H. Dillon, J.], entered July 11, 2008) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.